MARY D. GEGAN, Appellant, *v.* UNION TRUST COMPANY OF NEW YORK, as Executor of JOHN H. DRAKE, Deceased, Respondent.

*Gegan* v. *Union Trust Co.*, 129 App. Div. 184, affirmed.
(Argued March 1, 1910; decided March 22, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 19, 1908, affirming a judgment in favor of defend-

ant entered upon a dismissal of the complaint by the court on trial at Special Term in an action to enforce an alleged declaration of trust.

*Sumner Gerard* for appellant.

*Perry D. Trafford* for respondent.

Judgment affirmed, with costs; no opinion. ·

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WERNER and HISCOCK, JJ. Not sitting: WILLARD BARTLETT, J. Absent: CHASE, J.